UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In re: | ) **Case No. 07-44436-RJK** |
| | ) Chapter 13 |
| **Allan Wayne Hoiby, Jr.,** | ) |
| | ) |
| | ) **ORDER VACATING** |
| | ) **ORDER OF** |
| | ) **DISMISSAL** |
| Debtor. | ) |

_____

The above entitled matter came before the court upon the debtor's motion seeking an order vacating the court's order dismissing the case. Based upon all the files and proceedings had therein, the court finds that cause exists to grant the relief requested.

IT IS ORDERED: The order dismissing this case entered December 20, 2007, is vacated.


Dated:__January 9, 2008_____          /e/ Robert J. Kressel_____
                                        Robert J. Kressel
                                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/09/2008*
Lori Vosejpka, Clerk, by LMH